**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In Re:   KENNETH JOHN SCHWINGENDORF     §      Case No.: 08-07255
         JENNIFER JEAN SCHWINGENDORF    §
                                        §
         Debtor(s)                      §

---

**CHAPTER 13 STANDING TRUSTEE FINAL REPORT AND ACCOUNT**

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1).  The trustee declares as follows:

1) The case was filed on 03/26/2008.

2) The case was confirmed on 07/07/2008.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 02/02/2009.

5) The case was dismissed on 03/23/2009.

6) Number of months from filing to the last payment:  8

7) Number of months case was pending:  16

8) Total value of assets abandoned by court order:  NA

9) Total value of assets exempted: $    92,450.00

10) Amount of unsecured claims discharged without payment $       .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(4/1/2009)**

```
===============================================================================
 Receipts:
        Total paid by or on behalf of the debtor        $    14,187.82
        Less amount refunded to debtor                  $          .00
 NET RECEIPTS                                           $    14,187.82
===============================================================================


===============================================================================
 Expenses of Administration:

        Attorney's Fees Paid through the Plan           $          .00
        Court Costs                                     $          .00
        Trustee  Expenses and Compensation              $     1,096.63
        Other                                           $          .00

 TOTAL EXPENSES OF ADMINISTRATION                       $     1,096.63

 Attorney fees paid and disclosed by debtor             $     2,700.00
===============================================================================


===============================================================================
 Scheduled Creditors:

 Creditor              Claim         Claim         Claim       Principal      Int.
   Name       Class   Scheduled     Asserted      Allowed        Paid         Paid

CAPITAL ONE           UNSECURED       800.00        649.75       649.75          .00       .00
AMERICAN EXPRESS      UNSECURED       100.00            NA           NA          .00       .00
CHASE                 UNSECURED       400.00            NA           NA          .00       .00
COMMUNITY HOSPITAL P  UNSECURED       500.00            NA           NA          .00       .00
DIRECT LOANS BANKRUP  UNSECURED    30,500.00            NA           NA          .00       .00
DR WARAN              UNSECURED       500.00        311.70       311.70          .00       .00
FIRST DATA            UNSECURED     1,800.00            NA           NA          .00       .00
ECAST SETTLEMENT COR  UNSECURED       700.00        527.62       527.62          .00       .00
HARRIS NA             UNSECURED       600.00            NA           NA          .00       .00
HARRIS NA             UNSECURED       500.00            NA           NA          .00       .00
LABOR NEWS INC        UNSECURED       500.00        292.00       292.00          .00       .00
PATIENT FIRST EMERGE  UNSECURED       300.00            NA           NA          .00       .00
MEDICAL SPECIALISTS   UNSECURED       800.00      1,203.74     1,203.74          .00       .00
ST MARGARET MERCY HO  UNSECURED     5,800.00            NA           NA          .00       .00
SEARS                 UNSECURED       350.00            NA           NA          .00       .00
ST JAMES HOSPITAL C   UNSECURED       250.00            NA           NA          .00       .00
ST JAMES HOSPITAL     OTHER               NA            NA           NA          .00       .00
ROUNDUP FUNDING LLC   UNSECURED       250.00        224.11       224.11          .00       .00
US DEPT OF EDUCATION  UNSECURED    29,800.00     31,063.91    31,063.91          .00       .00
PUBLIC STORAGE INC    OTHER               NA            NA           NA          .00       .00
CITIFINANCIAL AUTO C  SECURED       6,462.00      5,163.39     5,163.39     1,036.00       .00
CITIFINANCIAL AUTO C  UNSECURED           NA            NA           NA          .00       .00
HARRIS NA             SECURED      29,967.00     29,176.56     1,920.53     1,920.53       .00
===============================================================================
```

**UST Form 101-13-FR-S(4/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| HARRIS NA | SECURED | NA | 547.45 | 547.45 | .00 | .00 |
| WACHOVIA DEALER SERV | SECURED | 5,500.00 | 4,934.71 | 4,934.71 | 516.00 | .00 |
| WASHINGTON MUTUAL BA | SECURED | 139,164.00 | 139,134.15 | 9,618.66 | 9,618.66 | .00 |
| WASHINGTON MUTUAL BA | SECURED | NA | 4,598.13 | 4,598.21 | .00 | .00 |
| MEDICAL SPECIALISTS | UNSECURED | NA | 533.47 | 533.47 | .00 | .00 |

**UST Form 101-13-FR-S(4/1/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | 11,539.19 | 11,539.19 | .00 |
| Mortgage Arrearage | 5,145.66 | .00 | .00 |
| Debt Secured by Vehicle | 10,098.10 | 1,552.00 | .00 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | 26,782.95 | 13,091.19 | .00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 34,806.30 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 1,096.63 |
| Disbursements to Creditors | $ | 13,091.19 |
| **TOTAL DISBURSEMENTS:** | $ | 14,187.82 |

12)    The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed.  The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:    07/20/2009                                  /s/ Tom Vaughn
                                                      Tom Vaughn, Chapter 13 Trustee

**STATEMENT**    : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption  5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(4/1/2009)**